BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |
|---|---|

CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Appearance and this Certificate of Service were electronically filed with the Clerk of the JPML by using the CM/ECF system, and copies of same were sent by email and mail to all parties on the service list as follows:

| SERVICE LIST ||
|---|---|
| *Counsel for Plaintiffs:* | *Defendants:* |
| Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>Email: dgirard@girardsharp.com<br><br>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>Fax: (415) 981-4846<br>Email: apolk@girardsharp.com<br><br>Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street. Suite 1400<br>San Francisco, CA 94108 | Silvergate Bank<br>Through It's Registered Agent,<br>CT Corporation System<br>330 N. Brand Blvd., Ste. 700<br>Glendale, CA 91203<br><br>Silvergate Capital Corporation<br>Through It's Registered Agent,<br>CT Corporation System<br>330 N. Brand Blvd., Ste. 700<br>Glendale, CA 91203 |

|   |   |
|---|---|
| (415) 981-4800<br>Fax: (415) 981-4846<br>Email: tomw@girardsharp.com<br><br>Jason Scott Hartley<br>Hartley LLP<br>101 W. Broadway<br>Suite 820<br>San Diego, CA 92101<br>(619) 400-5822<br>Fax: (619) 400-5832<br>Email: hartley@hartleyllp.com<br><br>Jason Michael Lindner<br>Hartley LLP<br>101 W. Broadway<br>Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>Fax: 619-400-5832<br>Email: lindner@hartleyllp.com |   |

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 1, 2023 | By:      /s/ *Adam E. Polk*<br>Daniel C. Girard (SBN 114826)<br>Adam E. Polk (SBN 237000)<br>Tom Watts (SBN 308853)<br>Makenna Cox (SBN 326068)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Tel: (415) 981-4800<br>dgirard@girardsharp.com<br>apolk@girardsharp.com<br>tomw@girardsharp.com<br>mcox@girardsharp.com<br><br>*Attorneys for Plaintiffs* |