**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| **IN RE: FTX COLLAPSE LITIGATION** | **MDL Docket: 3076** |
| --- | --- |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that Counsel for parties in the involved actions were served with this corporate disclosure statement via notices of electronic filing through the CM/ECF system. In addition, all counsel and parties identified in the attached service list for whom undersigned counsel has e-mail addresses were served via e-mail on March 3, 2023.

Dated: March 3, 2023

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By: */s/ Irene Yang*
Irene Yang
555 California Street
San Francisco, CA 94104
(415) 772-1230
irene.yang@sidley.com

*Counsel for Defendant*
*Prager Metis CPAs, LLC*

| Clerks of Court |
| --- |
| Clerk of Court<br>**Southern District of Florida**<br>United States District Court<br>400 North Miami Avenue<br>Miami, Florida 33128<br><br>Clerk of Court<br>**Southern District of California**<br>United States District Court<br>333 West Broadway, Suite 420<br>San Diego, CA 92101<br><br>Clerk of Court<br>**Northern District of California**<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489 |

| **United States District Court for the Southern District of Florida**<br>Wilkie D. Ferguson, Jr. United States Courthouse<br>400 North Miami Avenue<br>Miami, Florida 33128 | |
| --- | --- |
| ***Norris, et al. v. Brady, et al.,***<br>**Case No.: 1:23-CV-20439, Judge K. Michael Moore** | |
| **Counsel for Plaintiffs:**<br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br><br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com | **Counsel for Defendant Thomas Brady:**<br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com<br><br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>zach@colson.com<br><br>Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com |

| | |
|---|---|
| Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br><br>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br><br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com | Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br><br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br><br>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com<br><br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com<br><br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br><br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Susan.Engel@lw.com<br><br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400 |

| | |
|---|---|
| | 305-476-7444<br>bob@colson.com<br><br>**Counsel for Defendant Kevin O'Leary:**<br>Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd., Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>bfloch@mnrlawfirm.com<br><br>Jeffrey Eldridge Marcus<br>Marcus Neiman & Rashbaum, LLP<br>One Biscayne Tower, Suite 1750<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>305-400-4260<br>866-780-8355<br>jmarcus@mnrlawfirm.com<br><br>Jeffrey Adam Neiman<br>Marcus Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com<br><br>Michael Anthony Pineiro<br>Marcus Neiman & Rashbaum LLP<br>2 S. Biscayne Boulevard, Suite 1750<br>Miami, FL 33131<br>305-400-4268<br>mpineiro@mnrlawfirm.com<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>310-278-2111<br>abrettler@berkbrettler.com<br><br>**Counsel for Defendant David Ortiz:**<br>Christopher Stephen Carver<br>Akerman LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301<br>305-982-5572 |

| | |
|---|---|
| | 305-374-5095<br>christopher.carver@akerman.com<br><br>Jason Samuel Oletsky<br>Akerman LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301<br>954-759-8909<br>954-463-2224<br>jason.oletsky@akerman.com<br><br>Katherine Ann Johnson<br>Akerman LLP<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>954-463-2700<br>954-463-2224<br>Katie.johnson@akerman.com |
| ***Garrison, et al. v. Bankman-Fried, et al.*,**<br>**Case No.: 1:22-CV-23753, Judge K. Michael Moore** | |
| **Counsel for Plaintiffs Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Gallant, and David Nicol**:<br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br><br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br><br>Ursula Ungaro | **Counsel for Defendants Thomas Brady, Gisele Bundchen and Lawrence Gene David:**<br>**(counsel have not yet appeared on behalf of Lawrence Gene David)**<br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com<br><br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>zach@colson.com<br><br>Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com |

Boies Schiller Flexner LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
305-479-6553
uungaro@bsfllp.com (Inactive)

Alexander Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com

David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com

Tyler Evan Ulrich
Boies Schiller and Flexner LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
305-539-8400
Fax: 305-539-1307
tulrich@bsfllp.com

**Counsel for Consolidated Plaintiff Sunil Kavuri**
Adam M. Moskowitz
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134-6036
305-740-1423
adam@moskowitz-law.com

Stephen N. Zack
Boies Schiller & Flexner
100 SE 2nd Street, Suite 2800
Miami, FL 33131-2144
305-539-8400
305-539-1307
szack@bsfllp.com

Brittany M.J. Record
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
Brittany.Record@lw.com

Elizabeth A. Greenman
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com

Jessica Stebbins Bina
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Jessica.stebbinsbina@lw.com

Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com

Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Susan.Engel@lw.com

Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351
305-476-7400
305-476-7444

| | |
|---|---|
| | bob@colson.com<br><br>**Counsel for Defendant Kevin O'Leary:**<br>Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd., Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>bfloch@mnrlawfirm.com<br><br>Jeffrey Eldridge Marcus<br>Marcus Neiman & Rashbaum, LLP<br>One Biscayne Tower, Suite 1750<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>305-400-4260<br>866-780-8355<br>jmarcus@mnrlawfirm.com<br><br>Jeffrey Adam Neiman<br>Marcus Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com<br><br>Michael Anthony Pineiro<br>Marcus Neiman & Rashbaum LLP<br>2 S. Biscayne Boulevard, Suite 1750<br>Miami, FL 33131<br>305-400-4268<br>mpineiro@mnrlawfirm.com<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>310-278-2111<br>abrettler@berkbrettler.com<br><br>**Counsel for Defendant David Ortiz:**<br>Christopher Stephen Carver<br>Akerman LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301<br>305-982-5572<br>305-374-5095 |

| | |
|---|---|
| | christopher.carver@akerman.com<br><br>Jason Samuel Oletsky<br>Akerman LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301<br>954-759-8909<br>954-463-2224<br>jason.oletsky@akerman.com<br><br>Katherine Ann Johnson<br>Akerman LLP<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>954-463-2700<br>954-463-2224<br>Katie.johnson@akerman.com<br><br>**Counsel for William Trevor Lawrence:**<br>David Alan Rothstein<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133<br>305-374-1920<br>305-374-1961<br>drothstein@dkrpa.com<br><br>Alexander Manuel Peraza<br>Dimond Kaplan & Rothstein P.A.<br>2665 S Bayshore Drive, Ste Ph-2b<br>Coconut Grove, FL 33133<br>305-374-1920<br>305-374-1961<br>aperaza@dkrpa.com<br><br>Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein P.A.<br>2665 S Bayshore Dr, PH2B<br>Miami, FL 33133<br>305-374-1920<br>305-374-1961<br>eshaba@dkrpa.com<br><br>Eric A. Fitzgerald<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>484-406-4334 |

| | |
|---|---|
| | eric.fitzgerald@mgclaw.com<br><br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>484-406-4306<br>hillary.ladov@mgclaw.com<br><br>**Counsel for Golden State Warriors, LLC: (counsel has not yet appeared)**<br>Matthew S. Kahn<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com<br><br>**Counsel for Consolidated Defendant Samuel Bankman-Fried**<br>**(counsel has not yet appeared)**<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>**Counsel for Consolidated Defendant Caroline Ellison**<br>**(counsel has not yet appeared)**<br>Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>and<br>327 Franklin Street<br>Newton, MA 02458<br><br>**Counsel for Consolidated Defendant Zixiao Gary Wang**<br>**(counsel has not yet appeared)**<br>Alex B. Miller<br>Fried Frank |

| | |
|---|---|
| | One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com<br>alex.miller@friedfrank.com<br>and<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>**Counsel for Consolidated Defendant Nishad Singh**<br>**(counsel has not yet appeared)**<br>Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br>and<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>**Counsel for Consolidated Defendant Dan Friedberg:**<br>Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212.880.9555<br>tkasulis@maglaw.com<br><br>**Individual Defendants – Counsel Unknown:**<br>Defendant Stephen Curry<br>115 Stephanie Lane<br>Alamo, California 94507-1227<br><br>Defendant Shaquille O'Neal<br>4012 Sahara Ct.<br>Carrollton, TX 75010<br><br>Defendant Udonis Haslem<br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332<br><br>Defendant Shohei Ohtani<br>2000 Gene Autry Way |

<table>
<tr><td></td><td>Anaheim, California, 92806<br><br>Defendant Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, California, 90210<br><br>Consolidated Defendant Sam Trabucco<br>36 Winner Circle<br>Wells, ME 04090-5174</td></tr>
<tr><td colspan="2">Podalsky, et al. v. Bankman-Fried, et al.,<br>Case No.: 1:22-cv-23983, Judge Beth Bloom</td></tr>
<tr><td>Counsel for Plaintiffs Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Gallant, and David Nicol:<br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br><br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br><br>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504</td><td>Counsel for Defendants Thomas Brady, Gisele Bundchen and Lawrence Gene David:<br>(counsel appearing in consolidated Garrison case)<br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com<br><br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>zach@colson.com<br><br>Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br><br>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br><br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100</td></tr>
</table>

914-749-8200
aboies@bsfllp.com

David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com

**Counsel for Plaintiffs Sunil Kavuri and Edwin Garrison:**
Adam M. Moskowitz
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134-6036
305-740-1423
adam@moskowitz-law.com

Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com

Jessica Stebbins Bina
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Jessica.stebbinsbina@lw.com

Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com

Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Susan.Engel@lw.com

Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351
305-476-7400
305-476-7444
bob@colson.com

**Counsel for Defendant Kevin O'Leary: (counsel appearing in consolidated *Garrison* case)**
Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd., Suite 2530
Miami, FL 33131
305-434-4943

| | |
|---|---|
| | bfloch@mnrlawfirm.com<br><br>Jeffrey Eldridge Marcus<br>Marcus Neiman & Rashbaum, LLP<br>One Biscayne Tower, Suite 1750<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>305-400-4260<br>866-780-8355<br>jmarcus@mnrlawfirm.com<br><br>Jeffrey Adam Neiman<br>Marcus Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com<br><br>Michael Anthony Pineiro<br>Marcus Neiman & Rashbaum LLP<br>2 S. Biscayne Boulevard, Suite 1750<br>Miami, FL 33131<br>305-400-4268<br>mpineiro@mnrlawfirm.com<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>310-278-2111<br>abrettler@berkbrettler.com<br><br>**Counsel for Defendant David Ortiz: (counsel appearing in consolidated *Garrison* case)**<br>Christopher Stephen Carver<br>Akerman LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301<br>305-982-5572<br>305-374-5095<br>christopher.carver@akerman.com<br><br>Jason Samuel Oletsky<br>Akerman LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301 |

| | |
|---|---|
| | 954-759-8909<br>954-463-2224<br>jason.oletsky@akerman.com<br><br>Katherine Ann Johnson<br>Akerman LLP<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>954-463-2700<br>954-463-2224<br>Katie.johnson@akerman.com<br><br>**Counsel for William Trevor Lawrence: (counsel appearing in consolidated *Garrison* case)**<br>David Alan Rothstein<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133<br>305-374-1920<br>305-374-1961<br>drothstein@dkrpa.com<br><br>Alexander Manuel Peraza<br>Dimond Kaplan & Rothstein P.A.<br>2665 S Bayshore Drive, Ste Ph-2b<br>Coconut Grove, FL 33133<br>305-374-1920<br>305-374-1961<br>aperaza@dkrpa.com<br><br>Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein P.A.<br>2665 S Bayshore Dr, PH2B<br>Miami, FL 33133<br>305-374-1920<br>305-374-1961<br>eshaba@dkrpa.com<br><br>Eric A. Fitzgerald<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>484-406-4334<br>eric.fitzgerald@mgclaw.com<br><br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC |

| | |
|---|---|
| | 2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>484-406-4306<br>hillary.ladov@mgclaw.com<br><br>**Counsel for Defendant Golden State Warriors, LLC**<br>**(counsel has not yet appeared)**<br>Matthew S. Kahn<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com<br><br>**Counsel for Defendant Samuel Bankman-Fried**<br>**(counsel has not yet appeared)**<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>**Counsel for Defendant Caroline Ellison**<br>**(counsel has not yet appeared)**<br>Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>and<br>327 Franklin Street<br>Newton, MA 02458<br><br>**Counsel for Defendant Zixiao Gary Wang**<br>**(counsel has not yet appeared)**<br>Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com |

| | |
|---|---|
| | and<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>**Counsel for Defendant Nishad Singh (counsel has not yet appeared)**<br>Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br>and<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>**Counsel for Defendant Dan Friedberg:**<br>Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212.880.9555<br>tkasulis@maglaw.com<br><br>**Individual Defendants – Counsel Unknown:**<br>Defendant Udonis Haslem<br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332<br><br>Defendant Stephen Curry<br>115 Stephanie Lane<br>Alamo, California 94507-1227<br><br>Defendant Sam Trabucco<br>36 Winner Circle<br>Wells, ME 04090-5174<br><br>Defendant Shaquille O'Neal<br>4012 Sahara Ct.<br>Carrollton, TX 75010<br><br>Defendant Shohei Ohtani<br>2000 Gene Autry Way<br>Anaheim, California, 92806<br><br>Defendant Naomi Osaka |

| | 9621 Arby Dr.<br>Beverly Hills, California 90210 |
|---|---|

| **US District Court for the Northern District of California**<br>Phillip Burton Federal Building & United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | |
|---|---|
| ***Papadakis v. Bankman-Fried, et al.*,**<br>**Case No.: 3:23-CV-00024, Judge Jacqueline Scott Corley** | |
| **Counsel for Plaintiff:**<br>Frederic S. Fox<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980<br>FFox@kaplanfox.com<br><br>Jeffrey Philip Campisi<br>Kaplan Fox and Kilsheimer LLP<br>850 Third Avenue<br>New York, NY 10022<br>212-687-1980<br>jcampisi@kaplanfox.com<br><br>Joel B. Strauss<br>Kaplan Fox & Kilsheimer LLP<br>805 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980<br>212-687-7714<br>jstrauss@kaplanfox.com<br><br>Kathleen A. Herkenhoff<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>Kherkenhoff@kaplanfox.com<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com | **Counsel for Defendant Samuel Bankman-Fried**<br>**(counsel has not yet appeared)**<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>**Counsel for Defendant Caroline Ellison**<br>**(counsel has not yet appeared)**<br>Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>and<br>327 Franklin Street<br>Newton, MA 02458<br><br>**Counsel for Defendant Zixiao Gary Wang**<br>**(counsel has not yet appeared)**<br>Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br>and<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>**Counsel for Defendant Nishad Singh**<br>**(counsel has not yet appeared)**<br>Andrew Goldstein |

| | |
|---|---|
| | Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br>and<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>**Counsel for Defendant Armanino LLP:**<br>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br><br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>Los Angeles Office<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>213-532-2020<br>khornbeck@HuntonAK.com<br><br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave NW<br>Washington, DC 20037<br>202-955-1864<br>mbosher@huntonak.com<br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com<br><br>**Counsel for Defendant Prager Metis CPAs, LLC:**<br>Bruce Roger Braun<br>Sidley Austin LLP<br>One S. Dearborn St.<br>Chicago, Il 60603<br>312-853-7000<br>312-853-7036 |

| | |
|---|---|
| | bbraun@sidley.com<br><br>Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br><br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>312-853-7036<br>thoyt@sidley.com |
| ***Jessup v. Bankman-Fried, et al.*,**<br>**Case No.: 3:22-cv-07666-JSC, Judge Jacqueline Scott Corley** | |
| **Counsel for Plaintiff:**<br>Yaman Salahi<br>Edelson PC<br>150 California St., Ste 18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>415-373-9435 (fax)<br>ysalahi@edelson.com<br><br>P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>shilfingerpardo@edelson.com<br><br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300 | **Counsel for Defendant Samuel Bankman-Fried**<br>**(counsel has not yet appeared)**<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>**Counsel for Defendant Caroline Ellison**<br>**(counsel has not yet appeared)**<br>Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>and<br>327 Franklin Street |

<table>
<tr><td>Fax: (415) 373-9435<br>tlogan@edelson.com</td><td>Newton, MA 02458<br><br>Counsel for Defendant Nishad Singh<br>(counsel has not yet appeared)<br>Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br>and<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>Counsel for Defendant Zixiao Gary Wang<br>(counsel has not yet appeared)<br>Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br>and<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>Individual Defendant – Counsel Unknown:<br>Defendant Sam Trabucco<br>36 Winner Circle<br>Wells, ME 04090-5174</td></tr>
<tr><td colspan="2">Hawkins v. Bankman-Fried, et al.,<br>Case No.: 3:22-CV-07620, Judge Jacqueline Scott Corley</td></tr>
<tr><td>Counsel for Plaintiff:<br>Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>310-405-7190<br>jpafiti@pomlaw.com<br><br>Eitan Kimelman<br>Bronstein Gewirtz & Grossman LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>212-697-6484<br>212-697-7296</td><td>Counsel for Defendant Samuel Bankman-Fried<br>(counsel has not yet appeared)<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>Counsel for Defendant Caroline Ellison<br>(counsel has not yet appeared)<br>Stephanie Avakian</td></tr>
</table>

eitank@bgandg.com

J Alexander Hood, II
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665
ahood@pomlaw.com

Jeremy A. Lieberman
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665
jalieberman@pomlaw.com

Peretz Bronstein
Bronstein Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
212-697-6484
212-697-7296
peretz@bgandg.com

**Joshua B. Silverman**
Pomerantz LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
312-377-1181
312-377-1184 (fax)
jbsilverman@pomlaw.com

**Christopher Phillip Taylor Tourek**
Pomerantz LLP
10 S LaSalle St, Suite 3505
Chicago, IL 60603
312-377-1181
ctourek@pomlaw.com

Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
and
327 Franklin Street
Newton, MA 02458

**Counsel for Defendant Zixiao Gary Wang (counsel has not yet appeared)**
Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
and
304 Island Lane
Egg Harbor Township, NJ 08234

**Counsel for Defendant Nishad Singh (counsel has not yet appeared)**
Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone
and
746 Jennifer Way
Milpitas, CA 95035

**Counsel for Defendant Armanino LLP: (counsel have not yet appeared)**
Ann Marie Mortimer
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2103
amortimer@HuntonAK.com

Kirk Austin Hornbeck
Hunton Andrews Kurth LLP
Los Angeles Office
550 S. Hope Street, Suite 2000
Los Angeles, CA 90071

| | |
|---|---|
| | 213-532-2000<br>213-532-2020<br>khornbeck@HuntonAK.com<br><br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave NW<br>Washington, DC 20037<br>202-955-1864<br>mbosher@huntonak.com<br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com |
| ***Pierce, et al. v. Bankman-Fried, et al.*,**<br>**Case No.: 3:22-CV-07444, Judge Jacqueline Scott Corley** | |
| **Counsel for Plaintiffs:**<br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com<br><br>Steven C. Vondran<br>The Law Offices of Steven C. Vondran, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>877-276-5084<br>888-551-2252<br>steve@vondranlegal.com<br><br>**Patrick Yarborough**<br>Foster Yarborough PLLC<br>917 Franklin Street, Suite 220<br>Houston, TX 77002<br>(713) 331-5254<br>(713) 513-5202 (fax)<br>patrick@fosteryarborough.com | **Counsel for Defendant Samuel Bankman-Fried**<br>**(counsel has not yet appeared)**<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>**Counsel for Defendant Caroline Ellison**<br>**(counsel has not yet appeared)**<br>Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>and<br>327 Franklin Street<br>Newton, MA 02458<br><br>**Counsel for Defendant Zixiao Gary Wang**<br>**(counsel has not yet appeared)**<br>Alex B. Miller<br>Fried Frank |

| | |
|---|---|
| | One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br>and<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>**Counsel for Defendant Nishad Singh (counsel has not yet appeared)**<br>Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br>and<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>**Counsel for Defendant Armanino LLP: (counsel have not yet appeared)**<br>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br><br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>Los Angeles Office<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>213-532-2020<br>khornbeck@HuntonAK.com<br><br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave NW<br>Washington, DC 20037<br>202-955-1864<br>mbosher@huntonak.com<br><br>Thomas Richard Waskom |

| | |
|---|---|
| | Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com<br><br>**Counsel for Defendant Prager Metis CPAs, LLC:**<br>**(counsel have not yet appeared)**<br>Bruce Roger Braun<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000<br>312-853-7036<br>bbraun@sidley.com<br><br>Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br><br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>312-853-7036<br>thoyt@sidley.com |
| ***Lam, et al. v. Bankman-Fried,***<br>**Case No.: 3:22-CV-07336, Judge Jacqueline Scott Corley** | |
| **Counsel for Plaintiff Elliott Lam:**<br>William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3229 | **Counsel for Defendant Samuel Bankman-Fried**<br>**(counsel has not yet appeared)**<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads |

415-568-2555
415-568-2556
waudet@audetlaw.com

Kurt David Kessler
Audet & Partners, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3229
415-568-2555
415-568-2556
kkessler@audetlaw.com

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

Ling Yue Kuang
Audet & Partners, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3229
415-568-2555
415-568-2556
lkuang@audetlaw.com

Yaman Salahi
Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
(415) 212-9300
Fax: (415) 373-9435
ysalahi@edelson.com

**Counsel for Plaintiff Julie Papadakis and
Movant Elliott Jessup:**
Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com


Todd M. Logan
Edelson PC

LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

**Counsel for Defendant Caroline Ellison
(counsel has not yet appeared)**
Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
and
327 Franklin Street
Newton, MA 02458

**Counsel for Defendant Golden State
Warriors, LLC
(counsel has not yet appeared)**
Matthew S. Kahn
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com

| | |
|---|---|
| 150 California Street, 18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>415-373-9435<br>tlogan@edelson.com<br><br>Yaman Salahi<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>ysalahi@edelson.com<br><br>**Counsel for Plaintiff Russell Hawkins:**<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><br>Yaman Salahi<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>ysalahi@edelson.com<br><br>**Counsel for Movant Stephen T. Pierce:**<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com | |

| | |
|---|---|
| Yaman Salahi<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>ysalahi@edelson.com<br><br>**Counsel for Movant Julie Chon Papadakis:**<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><br>**Counsel for Movants Soham Bhatia, Matson Magleby, Golam Sakilne, and Nicole Keane:**<br>Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>dgirard@girardsharp.com | |

| **US District Court for the Southern District of California**<br>Edward J. Schwartz United States Courthouse<br>221 West Broadway<br>San Diego, CA 92101 | |
|---|---|
| ***Gonzalez v. Silvergate Bank, et al.*,**<br>**Case No.: 3:22-CV-01981; Judge Roger T. Benitez[1]** | |
| **Counsel for Plaintiff:**<br>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br><br>Daniel C. Girard | **Counsel for Defendants Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane:**<br>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398 |

[1] This action was voluntarily dismissed on February 10, 2023. *See* ECF No. 12; *see also* ECF No. 13 (minute order dismissing action).

| | |
|---|---|
| Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>415-981-4846<br>dgirard@girardsharp.com<br><br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com (Inactive)<br><br>Makenna Cox<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>mcox@girardsharp.com | jlandry@sheppardmullin.com<br><br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br><br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071 213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com |
| ***Sepulveda Zuleta, et al. v. Silvergate Capital Corporation, et al.*, Case No.: 3:22-CV-01901; Judge Roger T. Benitez**[2] | |
| **Counsel for Plaintiffs:**<br>Caroline S. Emhardt<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>caroline@fitzgeraldjoseph.com<br><br>Jack Fitzgerald<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741 | **Counsel for Defendants Silvergate Bank Capital Corporation, Christopher M. Lane, Alan J. Lane, Tyler J. Pearson, Jason Brenier:**<br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street 43rd Floor<br>Los Angeles, CA 90071 213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br><br>John Michael Landry<br>Sheppard Mullin Richter & Hampton |

[2] This action was voluntarily dismissed on February 9, 2023. *See* ECF No. 17; *see also* ECF No.18 (minute order dismissing action).

619-331-2943
jack@fitzgeraldjoseph.com

James M. Davis, IV
Casey Gerry LLP
110 Laurel Street
San Diego, CA 92101
619-238-1811
619-544-9232
jdavis@cglaw.com (Inactive)

Melanie Rae Persinger
Fitzgerald Joseph LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
619-215-1741
melanie@fitzgeraldjoseph.com

Paul K. Joseph
Fitzgerald Joseph LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
619-215-1741
paul@pauljosephlaw.com

Thomas Joseph O'Reardon, II
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
619-338-1100
619-338-1101
toreardon@bholaw.com

Timothy G. Blood
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
619-338-1100
619-338-1101
tblood@bholaw.com

Trevor Matthew Flynn
Fitzgerald Joseph, LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
619-215-1741
trevor@fitzgeraldjoseph.com

333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
jlandry@sheppardmullin.com

Madalyn Annabel Macarr
Sheppard Mullin Richter & Hampton
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
mmacarr@sheppardmullin.com

| ***Husary, et al. v. Silvergate Bank, et al.*,**<br>**Case No.: 3:23-CV-00038, Judge Roger T. Benitez**[3] | |
|---|---|
| **Counsel for Plaintiffs:**<br>Isabella Martinez<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br><br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><br>Jason Kenneth Kellogg<br>Levine Kellogg Lehman Schneider & Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>jk@lklsg.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com (Inactive)<br><br>Marcelo Diaz-Cortes<br>Levine Kellogg Lehman Schneider & Grossman LLP<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>md@lklsg.com | **Counsel for Defendants Silvergate Capital Corporation, Silvergate Bank, and Alan J. Lane:**<br>**(counsel have not yet appeared)**<br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071 213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br><br>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br><br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |

[3] This action was voluntarily dismissed on February 9, 2023. *See* ECF No. 11; *see also* ECF No. 12 (minute order dismissing action).

| Matthew Whitacre Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>matthew@reiserlaw.com<br><br>Michael J Reiser<br>Law Office of Michael Reiser<br>961 Ygnacio Valley Road<br>Walnut Creek, CA 94596<br>925-256-0400<br>925-476-0304<br>michael@reiserlaw.com<br><br>Victoria J. Wilson<br>Levine Kellogg Lehman Schneider Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>305-403-8789<br>vjw@lklsg.com | |
|---|---|