**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION** | **MDL No. <u>3076</u>** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing The Silvergate Respondents' *Reasons Why Oral Argument Should Be Heard* were served on all parties in the seventeen actions listed on Petitioners' Schedule of Actions (Dkt. No. 73-1) electronically via ECF, or as indicated below, on March 24, 2023.

**Garrison et al v. Bankman-Fried et al, Case No.: 1:22-CV-23753
US District Court for the Southern District of Florida**

**Served via Email**

Jeremy D. Mishkin
Montgomery McCracken Walker
& Rhoads LLP
1735 Market St.
Philadelphia, PA 19103-7505
215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Sam Bankman-Fried**

Telemachus Kasulis
Morvillo Abramowitz Grand Iason
& Anello PC
565 Fifth Ave
New York, NY 10017
212-880-9555
tkasulis@maglaw.com
**Counsel for Defendant Dan Friedberg**

Alex B. Miller
Fried Frank
One New York Plaza
New York, NY 10004
212-859-8000
alex.miller@friedfrank.com
**Counsel for Defendant Gary Wang**

Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
202 842 7800
agoldstein@cooley.com
**Counsel for Defendant Nishad Singh**

**Served via Mail**

Defendant Stephen Curry
28 Selby Ln
Atherton, CA 94027

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458

Defendant Shohei Ohtani
2000 Gene Autry Way
Anaheim, CA, 92806

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035

Defendant Zixiao Gary
Wang 304 Island Lane
Egg Harbor Township, NJ 08234

Defendant Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, FL 33332-3

Defendant Shaquille O'Neal
4012 Sahara Ct
Carrollton, TX 75010

Defendant Naomi Osaka
9621 Arby Dr.
Beverly Hills, CA, 90210

Defendant Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174

**Podalsky et al v. Bankman-Fried et al, Case No.: 1:22-cv-23983**
**US District Court for the Southern District of Florida**

**Served via Email**

**Jeremy D. Mishkin**
Montgomery McCracken Walker &
Rhoads LLP
1735 Market St.
Philadelphia, PA 19103-7505
215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Sam Bankman-Fried**

**Jessica Stebbins Bina**
Latham & Watkins LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
(424) 653-5500
Jessica.stebbinsbina@lw.com
**Counsel for Defendant Tom Brady,**
**Gisele Bundchen, and Lawrence Gene**
**David**

**Stephanie Anne Casey Colson Hicks**
**Eidson**

**Brandon Scott Floch**
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.
Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com
**Counsel for Defendant Kevin O'Leary**

**Jeffrey Eldridge Marcus**
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
**Counsel for Defendant Kevin O'Leary**

**Jeffrey Adam Neiman**
Marcus Neiman & Rashbaum LLP

255 Alhambra Circle, PH
Coral Gables, FL 33134
305-476-7400
305-476-7444
scasey@colson.com
**Counsel for Defendant Tom Brady,
Gisele Bundchen, and Lawrence Gene
David**

**Zachary Andrew Lipshultz**
Colson Hicks Eidson 255 Alhambra
Circle Coral Gables, FL 33134
305-476-7400
zach@colson.com
**Counsel for Defendant Tom Brady,
Gisele Bundchen, and Lawrence Gene
David**

**Andrew B. Clubok Latham & Watkins
LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
andrew.clubok@lw.com; new-york-ma-
2860@ecf.pacerpro.com; ny-
courtmail@lw.com; susan.engel@lw.com
**Counsel for Defendant Tom Brady,
Gisele Bundchen, and Lawrence Gene
David**

**Brittany M.J. Record**
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Brittany.Record@lw.com
**Counsel for Defendant Tom Brady,
Gisele Bundchen, and Lawrence Gene
David**

**Elizabeth A. Greenman**
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100 Los
Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
**Counsel for Defendant Tom Brady,**

100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com
**Counsel for Defendant Kevin O'Leary**

**Michael Anthony Pineiro**
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
**Counsel for Defendant Kevin O'Leary**

**Andrew B. Brettler**
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com
**Counsel for Defendant Kevin O'Leary**

**Christopher Stephen Carver**
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com;
cary.gonzalez@akerman.com
**Counsel for Defendant David Ortiz**

**Jason Samuel Oletsky**
**Akerman LLP**
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com

**Gisele Bundchen, and Lawrence Gene David**

**Marvin Putnam**
Latham & Watkins LLP
10250 Constellation Blvd.,
Suite 1100 Los Angeles, CA 90067
424-653-5500
Marvin.Putnam@lw.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Michele D. Johnson**
Latham & Watkins LLP
650 Town Center Drive,
20th Floor Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Susan E. Engel**
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Susan.Engel@lw.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Roberto Martinez**
Colson Hicks Eidson
255 Alhambra Circle,
Penthouse Coral Gables, FL 33134-2351
305-476-7400
bob@colson.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Counsel for Defendant David Ortiz**

**Katherine Ann Johnson**
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
 Katie.johnson@akerman.com
**Counsel for Defendant David Ortiz**

**Tommy Lydon**
MGC Law
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526
tlydon@mgclaw.com
**Counsel for Defendant William Trevor Lawrence**

**Matthew S. Kahn**
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com
**Counsel for Defendant Golden State Warriors, LLC**

**Telemachus Kasulis**
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Ave
New York, NY 10017
212-880-9555
tkasulis@maglaw.com
**Counsel for Defendant Dan Friedberg**

**Via Mail**

Defendant Stephen Curry
28 Selby Ln
Atherton, CA 94027

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458

Defendant Shohei Ohtani
2000 Gene Autry Way
Anaheim, CA, 92806

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234

Defendant Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, FL 33332-3

Defendant Shaquille O'Neal
4012 Sahara Ct
Carrollton, TX 75010

Defendant Naomi Osaka
9621 Arby Dr.
Beverly Hills, CA, 90210

Defendant Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174

**Jessup v. Bankman-Fried et al, Case No.: 3:22-cv-07666-JSC**
**US District Court for the Northern District of California**

**Served via Email**

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Samuel Bankman-Fried**

**Andrew Goldstein**
Cooley LLP
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone
**Counsel for Defendant Nishad Singh**

**Stephanie Avakian**
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington, DC 20037
202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

**Alex B. Miller**
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
**Counsel for Defendant Gary Wang**

**Served via Mail**

Defendant Caroline Ellison
327 Franklin Street

Defendant Nishad Singh
746 Jennifer Way

Newton, MA 02458                          Milpitas, CA 95035

Defendant Zixiao Gary                      Defendant Sam Trabucco
Wang 304 Island Lane                       36 Winner Circle
Egg Harbor Township, NJ 08234              Wells, ME 04090-5174

**Hawkins v. Bankman-Fried et al, Case No.: 3:22-CV-07620**
**US District Court for the Northern District of California**

**Served via Email**

**Jeremy D. Mishkin**                      **Alex B. Miller**
Montgomery McCracken Walker & Rhoads       Fried Frank
LLP                                        One New York Plaza
1735 Market Street                         New York, New York 10004
Philadelphia, PA 19103-7505                T: +1.212.859.8000
Direct: 215-772-7246                       ilan.graff@friedfrank.com
jmishkin@mmwr.com                          alex.miller@friedfrank.com
**Counsel for Defendant Samuel**           **Counsel for Defendant Zixiao Gary Wang**
**Bankman-Fried**

**Stephanie Avakian**                      **Andrew Goldstein Cooley LLP**
Wilmer Hale                                1299 Pennsylvania Avenue, NW
2100 Pennsylvania Avenue NW                Suite 700
Washington DC 20037                        Washington, DC 20004-2400
Phone: 202-663-6471                        agoldstein@cooley.com
stephanie.avakian@wilmerhale.com           +1 202 842 7800 phone
**Counsel for Defendant Caroline Ellison** **Counsel for Defendant Nishad Singh**

**Served via Mail**

Defendant Caroline Ellison                 Defendant Zixiao Gary Wang
327 Franklin Street                        304 Island Lane
Newton, MA 02458                           Egg Harbor Township, NJ 08234

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035

**Pierce et al v. Bankman-Fried et al, Case No.: 3:22-CV-07444**
**US District Court for the Northern District of California**

**Served via Email**

**Jeremy D. Mishkin**                      **Andrew Goldstein**
Montgomery McCracken Walker & Rhoads       Cooley LLP
LLP                                        1299 Pennsylvania Avenue, NW
1735 Market Street                         Suite 700
Philadelphia, PA 19103-7505                Washington, DC 20004-2400
Direct: 215-772-7246                       agoldstein@cooley.com

jmishkin@mmwr.com
**Counsel for Defendant Samuel Bankman-Fried**

+1 202 842 7800 phone
**Counsel for Nishad Singh**

**Stephanie Avakian**
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

**Alex B. Miller**
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
**Counsel for Zixiao Wang**

**Served via Mail**
Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035

**Lam et al v. Bankman-Fried, Case No.: 3:22-CV-07336**
**US District Court for the Northern District of California**

**Served via Email**

**Jeremy D. Mishkin**
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Sam Bankman-Fried**

**Stephanie Avakian**
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

**Matthew S. Kahn**
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com
**Counsel for Defendant Golden State Warriors, LLC**

**Served via Mail**
Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458

**Papadakis v. Bankman-Fried et al, Case No.: 3:23-CV-00024**
**US District Court for the Northern District of California**

**Served via Email**

| | |
|---|---|
| **Jeremy D. Mishkin** | **Alex B. Miller** |
| Montgomery McCracken Walker & Rhoads LLP | Fried Frank |
| 1735 Market Street | One New York Plaza |
| Philadelphia, PA 19103-7505 | New York, New York 10004 |
| Direct: 215-772-7246 | T: +1.212.859.8000 |
| jmishkin@mmwr.com | ilan.graff@friedfrank.com; |
| | alex.miller@friedfrank.com |
| **Counsel for Defendant Samuel Bankman-Fried** | **Counsel for Defendant Zixiao Gary Wang** |
| | |
| **Stephanie Avakian Wilmer Hale** | **Andrew Goldstein** |
| 2100 Pennsylvania Avenue NW | Cooley LLP |
| Washington DC 20037 | 1299 Pennsylvania Avenue, NW |
| Phone: 202-663-6471 | Suite 700 |
| stephanie.avakian@wilmerhale.com | Washington, DC 20004-2400 |
| **Counsel for Defendant Caroline Ellison** | agoldstein@cooley.com |
| | +1 202 842 7800 phone |
| | **Counsel for Defendant Nishad Singh** |

**Served via Mail**

| | |
|---|---|
| Defendant Caroline Ellison | Defendant Nishad Singh |
| 327 Franklin Street | 746 Jennifer Way |
| Newton, MA 02458 | Milpitas, CA 95035 |
| | |
| Defendant Zixiao Gary | |
| Wang 304 Island Lane | |
| Egg Harbor Township, NJ 08234 | |

**Statistica Capital Ltd. et al v. Signature Bank, Case No. 1:23-cv-00993**
**U.S. District Court Southern District of New York**

**Served via Email**

| | |
|---|---|
| **H. Christopher Boehning** | **Elizabeth Sacksteder** |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | PAUL WEISS RIFKIND WHARTON & GARRISON LLP |
| 1285 Avenue of the Americas | 1285 Avenue of the Americas |
| New York, NY 10019-6064 | New York, NY 10019-6064 |
| 212-373-3000 | 212-373-3000 |
| cboehning@paulweiss.com | esacksteder@paulweiss.com |
| **Counsel for Defendant Signature Bank** | **Counsel for Defendant Signature Bank** |

**Jessica Sombat Carey**
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
212-757-3990 (fax)
JCarey@paulweiss.com
**Counsel for Defendant Signature Bank**

**Rabitte v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00655**
**US District Court for the Northern District of California**
**Served via Email**

**Brian Edward Cochran**
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619) 231-1058
(619) 231-7423 (fax)
BCochran@rgrdlaw.com
**Counsel for Plaintiff Patrick J. Rabbitte**

**Mark Edward McKane**
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1473
(415) 439-1500 (fax)
mark.mckane@kirkland.com
**Counsel for Defendant Thoma Bravo, LP**

**Stuart A. Davidson**
Robbins Geller Rudman & Dowd LLP
225 NE Mizner Boulevard
Suite 720
Boca Raton, FL 33432
561-750-3000
561-750-3364 (fax)
sdavidson@rgrdlaw.com
**Counsel for Plaintiff Patrick J. Rabbitte**

**Stephen M. Silva**
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
415-439-1359
stephen.silva@kirkland.com
**Counsel for Defendant Thoma Bravo, LP**

**Hadiya Khan Deshmukh**
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545
(415) 288-4534 (fax)
hdeshmukh@rgrdlaw.com
**Counsel for Plaintiff Patrick J. Rabbitte**

**Anna Terteryan**
Kirkland and Ellis LLP
555 California Street
Suite 2700
San Francisco, CA 94104
415-439-1864
415-439-1500 (fax)
anna.terteryan@kirkland.com
**Counsel for Defendant Thoma Bravo, LP**

**Kenneth P. Dolitsky**
Robbins Geller Rudman & Dowd LLP

**Eric Ian Niehaus**
Robbins Geller Rudman and Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619) 231-1058
(619) 231-7423 (fax)
kdolitsky@rgrdlaw.com
**Counsel for Plaintiff Patrick J.
Rabbitte**

**Anny Marie Martin**
Robbins Geller Rudman & Dowd LLP
Robbins Geller Rudman & Dowd LLP
225 NW Mizner Blvd.,
Suite 720
33432
Boca Raton, FL 33432
561-750-3000
561-750-3364 (fax)
amartin@rgrdlaw.com
**Counsel for Plaintiff Patrick J.
Rabbitte**

655 West Broadway
Suite 1900
San Diego, CA 92101-3301
619-231-1058
619-231-7423 (fax)
ericn@rgrdlaw.com
**Counsel for Plaintiff Patrick J. Rabbitte**

**Shawn A. Williams**
ROBBINS GELLER RUDMAN & DOWD
LLP
One Montgomery Street
Suite 1800
San Francisco, CA 94104
415-288-4545
415-288-4534 (fax)
shawnw@rgrdlaw.com
**Counsel for Plaintiff Patrick J. Rabbitte**

**Girshovich v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00945
US District Court for the Northern District of California**

Served via Email
**Azra Zahoor Mehdi**
The Mehdi Firm, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105-1420
(415) 293-8039
(415) 293-8001 (fax)
azram@themehdifirm.com
**Counsel for Plaintiff Mark Girshovich**

**Stephen M. Silva**
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
415-439-1359
stephen.silva@kirkland.com
**Counsel for Defendant Thoma Bravo, LP**

**Mark Edward McKane**
KIRKLAND & ELLIS LLP
555 California Street
27th Floor
San Fransisco, CA 94104-1603
415-439-1400
415-439-1500 (fax)
mmckane@kirkland.com
**Counsel for Defendant Thoma Bravo, LP**

**Anna Terteryan**
Kirkland and Ellis LLP
555 California Street
Suite 2700
San Francisco, CA 94104
415-439-1864
415-439-1500 (fax)
anna.terteryan@kirkland.com
**Counsel for Defendant Thoma Bravo, LP**

**O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700**
**US District Court for the Southern District of Florida**

**Served via Email**

**Frank Bonaventure**
BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, PC
100 Light Street
19th Floor
Baltimore, MD 21202
fbonaventure@bakerdonelson.com
**Counsel for Defendant Farmington State**
**Bank d/b/a Moonstone Bank**

**Ty Kelly**
BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, PC
100 Light Street
19th Floor
Baltimore, MD 21202
tykelly@bakerdonelson.com
**Counsel for Defendant Farmington State**
**Bank d/b/a Moonstone Bank**

**Jeffrey Robertson**
SCHULTE ROTH & ZABEL LLP
901 Fifteenth Street, NW
Suite 800
Washington, DC 20005
jeffrey.robertson@srz.com
**Counsel for Tiger Global Management,**
**LLC**

**Peter White**
SCHULTE ROTH & ZABEL LLP
901 Fifteenth Street, NW
Suite 800
Washington, DC 20005
pete.white@srz.com
**Counsel for Tiger Global Management,**
**LLC**

**David Richardson Atkinson, Jr.**
Gunster Yoakley & Stewart
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
561-650-0547
datkinson@gunster.com
**Counsel for Defendant Fenwick & West**
**LLP**

**Nicole K. Atkinson**
Gunster, Yoakley & Stewart, PA
Suite 500 E
777 S Flagler Dr
West Palm Beach, FL 33401-6194
561/650-0561
561/655-5677 (fax)
natkinson@gunster.com
**Counsel for Defendant Fenwick & West**
**LLP**

**Served via Mail**

Defendant Signature Bank
565 Fifth Avenue
New York, NY 10017

Defendant Deltec Bank and Trust Company
Limited
Deltec House, Lyford Cay
Nassau, Bahamas

Defendant Jean Chalopin
Deltec House, Lyford Cay
Nassau, Bahamas

Defendant Thoma Bravo LP
c/o The Corporation Trust Company
28 Liberty Street

Defendant Temasek Holdings (Private)
Limited
c/o Registered Agent Corporation Service
Company
251 Little Falls Drive

Defendant Softbank Vision Fund (AIV M2)
L.P.
c/o Registered Agent Corporation Service
Company
251 Little Falls Drive

Wilmington, DE 19808

Defendant Ribbit Capital, LP
c/o Registered Agent The Corporation Trust
Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Defendant Sino Global Capital Limited
C/O Matthew Graham
Chaoyang, Beijing
Beijing Shi 100125
China

Defendant Softbank Group Corp.
1 Circle Star Way
4F
San Carlos, CA 94070

Wilmington, DE 19808

Defendant Altimeter Capital Management, LP
Through Its Registered Agent, The Corporation
Trust Company
1209 Orange Street
Wilmington, DE 19801

Defendant Multicoin Capital Management
LLC
501 West Avenue
Apt. 3803
Austin, TX 78701

Defendant Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

**Lucky D., et al. v. Prager Metis, LLP, Case No. 2:23-cv-00389**
**US District Court for the District of New Jersey**

**Served by Email**
**Jacob Blacklock**
LEHMAN, LEE & Xu LLC
c/o LEHMAN, LEE & XU
Suite 33 13, Tower One, Times Square
l Matheson Street, Causeway Bay. Hong
Kong
852-3588-2188
jblacklock@lehmanlaw.com
**Counsel for Plaintiffs J Bell, Justin Berk,**
**Lucky D, K David, P Devin, Drake HK,**
**Yang How, S James, Edward Johns, S**
**Jong, B Ken, Nickle Lee, Loods B.V.,**
**Jong R.D., S Roberts, Sunli, Khoo Wing,**
**How Yuan, and L Zhao**

**Edward Lehman**
LEHMAN, LEE & Xu LLC
c/o LEHMAN, LEE & XU
Suite 33 13, Tower One, Times Square
l Matheson Street, Causeway Bay. Hong
Kong
852-3588-2188
elehman@lehmanlaw.com
**Counsel for Plaintiffs J Bell, Justin Berk,**

**AMY CANNING**
Lewis Brisbois Bisgaard & Smith LLP
One Riverfront Plaza
Suite 800
Newark, NJ 07102
203-722-3105
amiecanning@gmail.com
**Counsel for Defendant Prager Metis LLP**

**PETER THOMAS SHAPIRO**
LEWIS, BRISBOIS, BISGAARD & SMITH,
LLP
77 WATER STREET
SUITE 2100
NEW YORK, NY 10005
(212) 232-1322
(212) 232-1399 (fax)

**Lucky D, K David, P Devin, Drake HK, Yang How, S James, Edward Johns, S Jong, B Ken, Nickle Lee, Loods B.V., Jong R.D., S Roberts, Sunli, Khoo Wing, How Yuan, and L Zhao**

**ANTHONY SCORDO**
1425 POMPTON AVENUE
CEDAR GROVE, NJ 07009
973 837-1861
anthonyscordo@msn.com
**Counsel for Plaintiffs J Bell, Justin Berk, Lucky D, K David, P Devin, Drake HK, Yang How, S James, Edward Johns, S Jong, B Ken, Nickle Lee, Loods B.V., Jong R.D., S Roberts, Sunli, Khoo Wing, How Yuan, L Zhao, and Morebet, Ltd.**

**Joanna Rubin Travalini**
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
312-853-2077
jtravalini@sidley.com
**Counsel for Defendant Prager Metis LLP**

peter.shapiro@lewisbrisbois.com
**Counsel for Defendant Prager Metis LLP**

**MEREDITH KAPLAN STOMA**
LEWIS BRISBOIS BISGAARD & SMITH, LLP
ONE RIVERFRONT PLAZA
SUITE 800
NEWARK, NJ 07102
(973) 577-6260
meredith.stoma@lewisbrisbois.com
**Counsel for Defendant Prager Metis LLP**

Dated: March 24, 2023

Respectfully submitted,

By: */s/ Polly Towill*
  Polly Towill
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: (213) 620.1780
ptowill@sheppardmullin.com

*Co-Counsel for Defendants, Silvergate Capital Corporation, Silvergate Bank, and Alan J. Lane*